UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>  Plaintiff,<br><br>  v.<br><br>BROOKS, et al.,<br><br>  Defendants. | Case No. 15-cv-02614-EDL<br><br>**ORDER REQUIRING ISSUANCE OF SUMMONS AND SERVICE** |

On June 11, 2015, Pro se Plaintiff Lamos Wayne Sturgis filed a complaint against the Contra Costa County Sheriff's Department and a "Lieutenant Brooks" alleging a violation of 42 U.S.C. § 1983 stemming from the conditions of his confinement and treatment at the Main Detention Facility in Martinez, California. Dkt. No. 1. The Court granted Plaintiff's application to proceed in forma pauperis on June 17, 2015. Dkt. No. 5. Plaintiff has consented to the jurisdiction of this magistrate court. Dkt. No. 8. Having reviewed the complaint pursuant to 28 U.S.C. § 1915, and though the pleading is not a model of clarity, the Court finds that the action does not appear to be frivolous or subject to sua sponte dismissal. It is hereby Ordered that the Clerk shall issue summons, and the U.S. Marshal for the Northern District of California shall serve, without the prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendants.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br>　　　　Plaintiff,<br>　　v.<br>BROOKS, et al.,<br>　　　　Defendants. | Case No.  15-cv-02614-EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2015, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamos Wayne Sturgis
2816 Pistachio Ct.
Antioch, CA 94509


Dated: July 16, 2015

　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Stephen Ybarra, Deputy Clerk to the
　　　　　　　　　　　　　　　　　Honorable ELIZABETH D. LAPORTE

2