UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>        Plaintiff,<br><br>    v.<br><br>BROOKS, et al.,<br><br>        Defendants. | Case No. 15-cv-02614-EDL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CASE CLOSURE** |

On September 22, 2015, this Court issued an Order dismissing Plaintiff's complaint without prejudice, and allowing Plaintiff to file an amended complaint within 30 days. The Order of Dismissal stated that "[i]f no amended complaint is timely filed, the dismissal shall be with prejudice." Plaintiff did not timely file an amended complaint. Plaintiff's complaint is hereby dismissed with prejudice and the Clerk is Ordered to close the file.

**IT IS SO ORDERED.**

Dated: January 12, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge